# ELECTRONIC RECORD

CCA #   09-12-00469-CR                    OFFENSE:   Deadly Conduct

STYLE:   John Charles Alfrey
         v. The State of Texas           PUNISHMENT:   one year jail

                                         COUNTY:   Orange

TRIAL COURT:   County Court at Law No 2          Appellant's      MOTION
TRIAL COURT #:   E102939                  FOR REHEARING IS:   OVERRULED
TRIAL COURT JUDGE:   Judge Troy Johnson   DATE:   10-02-14
DISPOSITION:   AFFIRMED                    JUDGE:   PER CURIAM

DATE:   09-03-14

JUSTICE:   Hollis Horton          PC   NO   S   YES
PUBLISH:   NO                      DNP:   YES

CLK RECORD:   10-09-12             SUPP CLK RECORD:   12-17-12
RPT RECORD:   03-20-13             SUPP RPT RECORD:
STATE BR:   10-11-13               SUPP BR:
APP BR:   05-28-13 & 01-31-14      PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD                  CCA # __1513-14__

-----------------

_APPELLANT'S_ Petition                Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____
___REFUSED___                         JUDGE: _____
DATE: __02/04/2015__                  SIGNED: _____   PC: _____
JUDGE: __Per Curiam__                 PUBLISH: _____   DNP: _____

-----------------

_____ MOTION FOR REHEARING IN     MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____        _____ ON _____

JUDGE: _____                       JUDGE: _____